RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BARBARA A. BROWN | CIVIL ACTION NO. 6:15-cv-02171 |
| VERSUS | JUDGE DOHERTY |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to give either great weight or controlling weight to the opinions of Dr. Korab, to determine whether Ms. Brown's impairments satisfy any listings other than Listing 4.02, to determine whether the combination of Ms. Brown's impairments meet

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

or equal the severity of a listed impairment, and to reevaluate Ms. Brown's residual functional capacity.

Signed at Lafayette, Louisiana, this 10th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE